**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 202 WAL 2022

               Petitioner          :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

            v.                 :

                               :

RONNIE LEHMAN,                  :

                               :

              Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2022, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Superior Court majority erred in concluding that prior counsel rendered ineffective assistance for failing to pursue on appeal a claim that the evidence was insufficient to sustain Respondent's conviction under 18 Pa.C.S. § 5123(a.2) (Contraband), because he was not an inmate at the time he unlawfully possessed a controlled substance, where, pursuant to the relevant statute and legislation, he was an inmate?